Aarons, J.
 

 Appeal from a judgment of the Supreme Court (Farley, J.), entered July 6, 2017 in St. Lawrence County, which dismissed petitioner’s application, in a proceeding pursuant to CPLR article 78, to prohibit respondent Family Court Judge of St. Lawrence County from ordering petitioner to prosecute a neglect proceeding.
 

 The facts are set forth in more detail in a related appeal (Matter of Gage II. [Rachel JJ.], 156 AD3d 1208 [2017] [decided herewith]). As relevant here, in a May 2017 order, respondent Family Court Judge of St. Lawrence County directed petitioner to prosecute a neglect petition in connection with proceedings originating in St. Lawrence County. Petitioner thereafter commenced this CPLR article 78 proceeding seeking a writ of prohibition staying enforcement of the May 2017 order and permanently restraining said Judge from ordering petitioner to prosecute the neglect proceeding. Supreme Court dismissed the petition and this appeal by petitioner ensued. In light of our determination in Matter of Gage II. (supra), petitioner’s appeal is academic and must be dismissed.
 

 Peters, P.J., Garry, Clark and Pritzker, JJ., concur.
 

 Ordered that the appeal is dismissed, as academic, without costs.